## MEMORANDUM DECISIONS.

COCHRANE v. WARNER et al. (Circuit Court of Appeals, Second Circuit. December 15, 1908.) No. 55. In Error to the Circuit Court of the United States for the Southern District of New York. Ashton Harvey (M. Edward Kelley and Otto C. Wierum, Jr., of counsel), for plaintiff in error. Kellogg & Rose (Abram J. Rose and Alfred C. Pette, of counsel), for defendants in error. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Affirmed, upon opinion of this court on first appeal. 128 Fed. 553, 63 C. C. A. 207.

WARD, Circuit Judge, dissents.